**Order entered May 31, 2016**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-16-00536-CV

### IN RE SHIELDS LIMITED PARTNERSHIP, Relator

### On Original Proceeding from County Court at Law No. 5
### Dallas County, Texas
### Trial Court Cause No. CC-15-05733-E

# ORDER

Based on the Court's opinion of this date, we **DENY** relator's May 5, 2016 petition for writ of mandamus.

We **ORDER** relator to bear the costs of this original proceeding.


/s/    ROBERT M. FILLMORE
       JUSTICE